

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

~~MEMO ENDORSED~~

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 8, 2021

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Majestine Foster*, 13 Cr. 827 (KMK)

Dear Judge Karas:

An initial hearing regarding the defendant's alleged violation of supervised release is presently scheduled for Thursday, March 11, 2021, at noon. With the consent of defense counsel, the Government seeks a short adjournment of the hearing to accommodate the parties' schedules. The parties are generally available on the following dates during the week of March 22, 2021: March 22, March 23, and March 25.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: Emily A. Johnson
Assistant United States Attorney
(212) 637-2409

cc:   Andrew Patel, Esq. (by ECF)
      Meaghan Biggs, USPO (by email)

*Granted. The conference will go forward on March 23, 2021 at 11:30 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

3/10/2021