**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com **Telephone 212-349-0230**

**By Email and ECF**

May 10, 2023

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Majestine Foster
13 Cr. 827 (KMK)

Dear Judge Karas:

This letter is respectfully submitted to request that I be reappointed to represent Mr. Foster nunc pro tunc to April 28, 2013.

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

Granted.

So Ordered.

5/11/23