UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                              :
UNITED STATES OF AMERICA      :
                              :   **ORDER MODIFYING CONDITIONS**
            - v. -            :   **OF SUPERVISED RELEASE**
                              :
MAJESTINE FOSTER,             :   13 Cr. 827 (KMK)
                              :
            Defendant.        :
                              X
- - - - - - - - - - - - - - -

    Pursuant to the United States Probation Office's request to modify the defendant's conditions of supervised release, and defendant having been duly advised of the proposed modification and given the opportunity to be heard at a hearing held before the Court on September 7, 2023, and full consideration having been given to the matter, it is hereby

    ORDERED that all previously ordered conditions of supervised release will remain in effect, together with the following additional special conditions:

    1. The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the United States Probation Department.

2. Location monitoring technology is at the discretion of the United States Probation Department.

Dated: White Plains, New York

September 11, 2023

                                                THE HONORABLE KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF NEW YORK