UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

MAGESTINE FOSTER,

                Defendant.

Case No. 13-CR-827 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    For the reasons stated on the record at the December 14, 2023, sentencing, Defendant Magestine Foster is sentenced to time served and may be released forthwith.

SO ORDERED.

DATED:    December 14, 2023
            White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE