**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                                          Telephone 212-349-0230

## By Email and ECF

January 11, 2024

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

                    Re:    United States v. Majestine Foster
                                13 Cr. 827 (KMK)

Dear Judge Karas:

      This letter is sadly but respectfully submitted to request that I be reappointed to represent Mr. Foster as of today.

Granted.

So Ordered.
1/12/24

                                  Respectfully submitted,

                                  /s/Andrew Patel
                                Andrew G. Patel

cc:    Jared D. Hoffman
        Assistant United States Attorney