**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com

Telephone 212-349-0230

**By Email and ECF**

May 27, 2025

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

>      Re:   United States v. Majestine Foster
>            13 Cr. 827 (KMK)

Dear Judge Karas:

This letter is sadly but respectfully submitted to request that I be reappointed to represent Mr. Foster. I believe this may be the fifth time that I have made this request.

>          Respectfully submitted,
>
>          /s/Andrew Patel
>          Andrew G. Patel

cc:   Carmi Schickler
      Assistant United States Attorney

Granted.

So Ordered
5/27/25